IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NYLE T. BARTLING,<br><br>　　　　　　Defendant. | 4:12CB3001<br><br>**MODIFIED CONDITIONS OF PROBATION** |

　　　　IT IS ORDERED that the defendant remains on probation subject to the following conditions:

　　　　1)　　The defendant shall comply with all terms and conditions of this court's prior order of probation and, in addition;

　　　　2)　　The defendant shall provide his probation officer with the information necessary to retrieve defendant's college grades electronically. Absent a substantial explanation, if the defendant's grades fall below a "C" average in any class, or if the defendant fails to comply with his study table requirements, he is subject to revocation of his probation and a sentence of incarceration on the underlying charges.

　　　　October 4, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge